United States District Court
Southern District of Texas
**ENTERED**
June 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Ulla Britt Larka, DPM, FACFAS, § § § Plaintiff, § § v. § Civil Action No. H-23-318 § Spring Branch Podiatry, PLLC, § § § Defendant. § | |

## O R D E R

On May 31, 2024, the Magistrate Judge conducted a settlement conference in this action and has now notified this Court that the parties reached a settlement.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within sixty (60) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 3rd day of June, 2024.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE